MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ZHIQIANG ZHANG, ) <br>    a/k/a Michael Zhang, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 10-00827 LHK <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing currently scheduled for March 2, 2011 to March 30, 2011 at 10:00 a.m.  The reason for the continuance is that defense counsel Thomas Nolan will be out of town due to work-related matters.  In addition, the government is continuing to provide discovery to Mr. Nolan.  The parties jointly request an exclusion of time under the Speedy Trial Act from March 2, 2011 through March 30, 2011.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Furthermore, the parties stipulate and agree that an exclusion of time is appropriate because the case is complex due to the nature of the charges.  18 U.S.C. § 3161(h)(7)(B)(ii).

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK                                      1

SO STIPULATED:                              MELINDA HAAG
                                            United States Attorney

DATED: 2/28/11                              _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

DATED: 2/28/11                              _____/s/_____
                                            THOMAS J. NOLAN
                                            Counsel for Mr. Zhang

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance in <u>United States v. Zhang</u>, CR 10-00827 LHK, scheduled for March 2, 2011 is continued to March 30, 2011 at 10:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 2, 2011 to March 30, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court also finds due to the complicated nature of the charges, time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED.

DATED:__2/28/11___                          _____/s/ Lucy H. Koh_____
                                            LUCY H. KOH
                                            United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 10-00827 LHK                             2