Shira Kieval (SBN: 269409)
For Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**
600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Zhiqiang Zhang

FILED
NOV - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZHIQIANG ZHANG,<br><br>　　　　Defendant. | No. CR 10-00827 LHK-HRL<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS, DECLARATION IN SUPPORT, AND [~~PROPOSED~~] ORDER |

## STIPULATION

The parties hereby stipulate to a modification of the pretrial release conditions of defendant Zhiqiang (Michael) Zhang. This stipulation is filed with the approval of Paul Mamaril in Pretrial Services. The parties agree that Mr. Zhang should be permitted to travel inside of the United States for business purposes, as long as Paul Mararil is in receipt of a copy of Mr. Zhang's itinerary before he departs. The parties request that the Court modify Mr. Zhang's pretrial release conditions accordingly. Mr. Zhang will need to travel for work beginning next week.

The parties stipulate to this request based upon the information contained in the Declaration of Shira Kieval and communicated to Assistant United States Attorney Susan Knight. Mr. Zhang is Business Leader with Merchant Services for a subsidiary of a major U.S. company. He works directly with merchant customers on a daily basis, and frequently must travel to meet

STIP. TO MODIFY PRETRIAL RELEASE CONDITIONS, DECL., [PROPOSED] ORDER
*United States v. Zhiqiang Zhang*, CR 10-00827 LHK-HRL

1

with and provide technical support to customers on site. His customers are located in Seattle, Los Angeles, Boston, and elsewhere in the United States.[1] His travel must be coordinated with other employees at his company who travel with him, and with many employees of the company's merchant customers. Therefore, travel arrangements are often made the day before the travel.

SO STIPULATED.

NOLAN, ARMSTRONG & BARTON, LLP

Dated: November 1, 2011

/s/
_____
Shira Kieval for Thomas J. Nolan, Esq.
Attorney for Defendant
Zhiqiang Zhang

Dated: November 1, 2011

/s/
_____
Susan Knight
Assistant United States Attorney

### DECLARATION OF SHIRA KIEVAL

1. I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California, and an associate with Nolan, Armstrong & Barton, LLP, counsel of record for defendant Zhiqiang Zhang.

2. On November 10, 2010, Mr. Zhang was indicted on one count in violation of 18 U.S.C. § 1832(a)(5) (Conspiracy), one count in violation of 18 U.S.C. § 1832(a)(3) (Possession of Stolen

---

[1] Mr. Zhang also works with a client in Canada, but is not requesting permission to travel outside of the United States.

STIP. TO MODIFY PRETRIAL RELEASE CONDITIONS, DECL., [PROPOSED] ORDER
*United States v. Zhiqiang Zhang*, CR 10-00827 LHK-HRL
2

Trade Secrets), once count in violation of 18 U.S.C. §§ 2314 and 2 (Foreign Transportation of Stolen Property), and two forfeiture allegations under 18 U.S.C. § 1834 (Trade Secrets Forfeiture) and 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c) (Forfeiture of ITSP Proceeds).

3. Mr. Zhang is Business Leader with Merchant Services for a subsidiary of a major U.S. company. He works directly with merchant customers on a daily basis, and frequently must travel to meet with and provide technical support to customers on site. His customers are located in Seattle, Los Angeles, Boston, and elsewhere in the United States. His travel must be coordinated with other employees at his company who travel with him, and with many employees of the company's merchant customers. Therefore, travel arrangements are often made the day before the travel.

4. Mr. Zhang is requesting permission to travel within the United States for business purposes. His next trip will be to Seattle for a meeting that is likely to occur on November 10 or 11, 2011. He anticipates that the exact date and time of the meeting will not be fixed until approximately November 9, at which point his company will purchase airline tickets for its employees.

5. I spoke and emailed with AUSA Susan Knight ((408) 535-5056) on November 1, 2011 and she has no objection to permitting Mr. Zhang to travel within the United States for business purposes with the approval of pretrial services.

6. I spoke with Pretrial Services Officer Paul Mamaril ((408) 535-5233) on November 1, 2011 and he has no objection to permitting Mr. Zhang to travel within the United States for business purposes if he has Mr. Zhang's itinerary in his possession when Mr. Zhang is traveling, and he approves of such travel.

7. Upon information and belief, Mr. Zhang is in full compliance with all his release conditions.

//

//

1 | I declare under penalty of perjury that the foregoing is true and correct ⟨…⟩ for those matters stated on information and belief and as to those matters I am informed and b⟨…⟩e them to be true. Executed this 1st day of November, 2011 at Palo Alto, California.

Dated: November 1, 2011

/s/
Shira Kieval

## [PROPOSED] ORDER

UPON STIPULATION, IT IS SO ORDERED.

Mr. Zhang's pretrial release conditions are modified as follows. Mr. Zhang ⟨…⟩ travel within the United States for business purposes, provided that Paul Mamaril with Pr⟨…⟩ Services is in receipt of Mr. Zhang's itinerary before Mr. Zhang departs.

Dated: November 3, 2011

HON. HOWARD R. LLOYD
United States Magistrate Judge

### ATTESTATION PER GENERAL ORDER 45

I, Shira Kieval, have permission from ECF User Thomas J. Nolan to use the ⟨…⟩ and password being used to file this Stipulation. In compliance with General Order 45, ⟨…⟩, I hereby attest that Susan Knight has concurred with this filing.

STIP. TO MODIFY PRETRIAL RELEASE CONDITIONS, DECL., [PROPOSED] ORDER
*United States v. Zhiqiang Zhang*, CR 10-00827 LHK-HRL
4