MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    Facsimile:  (408) 535-5066
    E-Mail: Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

AUG - 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                Plaintiff, ) <br>    v.                 ) <br> ZHIQIANG ZHANG, ) <br>    a/ka Michael Zhang, ) <br>                Defendant. ) | No. CR 10-00827 LHK/HRL <br><br> MODIFIED STIPULATED INTERIM PROTECTIVE ORDER REGARDING DEFENSE USE OF EXPERTS |

    The United States and defendant Michael Zhang and his counsel hereby stipulate and agree to a modification of the Stipulated Interim Protective Order (Modified by the Court) signed by this Court on March 28, 2011. The parties agree to the following protocol relating to the use of experts retained by the defendant Zhang and his counsel to assist in the review of Confidential Material.

    11.   Notwithstanding the provisions in Paragraph 8, if defendant Zhang retains an expert to assist in the review of Confidential Material, each expert shall execute an Acknowledgment in the form attached to this Stipulation which shall be submitted to the Court *ex parte* and *in*

1 | *camera* by the defendant prior to the expert's review of the Confidential Material. If defendant
2 | Zhang's expert is located outside of the Northern District of California, defendant Zhang shall
3 | ship the Confidential Material by Federal Express or other commercial carrier and require a
4 | signature for delivery. The expert shall maintain the Confidential Material in his office, and shall
5 | keep it in a locked location. The expert shall not make any copies of the Confidential Material
6 | nor remove the Confidential Material from his office. The expert shall return the Confidential
7 | Material to defendant Zhang at the conclusion of his participation in this matter.

SO STIPULATED.

DATED: 8/3/12

MELINDA HAAG
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 8/3/12

_____/s/_____
THOMAS J. NOLAN
SHIRA KIEVAL
Attorneys for defendant Zhang

IT IS SO ORDERED.

DATED: 8/8/12

HOWARD R. LLOYD
United States Magistrate Judge

2