Thomas J. Nolan (SBN: 48413)
Shira Kieval (SBN: 269409)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Zhiqiang Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ZHIQIANG ZHANG,<br><br>       Defendant. | No. CR 10-00827 LHK-HRL<br><br>**UNOPPOSED APPLICATION FOR TRAVEL ORDER & TEMPORARY RETURN OF PASSPORT; DECLARATION IN SUPPORT** |

**APPLICATION**

   Defendant Zhiqiang (Michael) Zhang, by and through counsel, hereby applies to this court for permission to travel to Kelowna, Canada.  Mr. Zhang will depart on September 26 and return on September 27, 2012.  Assistant U.S. Attorney Susan Knight does not have any objection to this application.  U.S. Pretrial Services Office Jaime Carranza does not have any objection to this application.  Because Mr. Zhang surrendered his passport to U.S. Pretrial Services, he is also applying for an order that Pretrial Services return his passport on or before September 24, on the condition that Mr. Zhang once again surrender his passport to U.S. Pretrial Services within 48 hours of returning to the United States.  Mr. Zhang also agrees to coordinate his travel with U.S. Pretrial Services.

Mr. Zhang is Business Leader with Merchant Services for a subsidiary of a major U.S. company.  He works directly with merchant customers on a daily basis, and frequently must travel to meet with and provide technical support to customers on site.  He will be traveling to Kelowna with a small team from his company to meet with merchant customers on September 26 and 27, 2012.

NOLAN, ARMSTRONG & BARTON, LLP

Dated:  September 13, 2012

/s/
_____
Thomas J. Nolan, Esq.
Attorney for Defendant
Zhiqiang Zhang

**DECLARATION OF SHIRA KIEVAL**

1. I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California, and an associate with Nolan, Armstrong & Barton, LLP. Thomas J. Nolan, the senior partner at the firm, is counsel of record for Mr. Zhang.

2.  Mr. Zhang is charged with one count of violation of 18 U.S.C. § 1832(a)(5) (Conspiracy), one count of violation of 18 U.S.C. § 1832(a)(3) (Possession of Stolen Trade Secrets), and one forfeiture allegation under 18 U.S.C. § 1834 (Trade Secrets Forfeiture).

3. On information and belief, Mr. Zhang is Business Leader with Merchant Services for a subsidiary of a major U.S. company.  He works directly with merchant customers on a daily basis, and frequently must travel to meet with and provide technical support to customers on site.

4. On information and belief, Mr. Zhang's trip to Kelowna, Canada on September 26 and 27, 2012, will be for the business purposes described in Paragraph 3 above.

5.  On September 11, 2012, I spoke with Assistant U.S. Attorney Susan Knight on the telephone, and on September 13, 2012 I spoke with her in person.  She has no objection to the

Court permitting Mr. Zhang to travel to Kelowna, Canada for business on September 26 and 27, 2012.

6. On September 11, 2012, I spoke with Pretrial Services Officer Jaime Carranza on the telephone. He has no objection to the Court permitting Mr. Zhang to travel to Kelowna, Canada for business at this time. Mr. Carranza requested that I include in the proposed travel order language requiring Pretrial Services to return Mr. Zhang's passport, and language requiring Mr. Zhang to surrender his passport within 48 hours of return to the United States.

7. Upon information and belief, Mr. Zhang is in full compliance with all his release conditions.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this 13th day of September, 2012 at Palo Alto, California.

Dated: September 13, 2012

/s/
_____
Shira Kieval

**ATTESTATION PER GENERAL ORDER 45**

I, Shira Kieval, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Application.