1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

                    **Filed**

                    OCT 2 5 2012

                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00827 LHK |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ZHIQIANG ZHANG, ) a/k/a Michael Zhang, ) | SAN JOSE VENUE |
| Defendant. ) | |

The undersigned parties respectfully request that the status hearing currently scheduled for November 7, 2012 be continued to December 5, 2012. On October 22, 2012, the parties met to discuss a resolution to the case, and will be participating in a further settlement conference with the Honorable Ronald M. Whyte on November 21, 2012. Therefore, the parties request that the hearing be continued to December 5, 2012. In addition, the parties request an exclusion of time under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Furthermore, the parties stipulate and agree that an exclusion of time is appropriate because the case is complex due to the nature of the charges. 18 U.S.C. §

1  3161(h)(7)(B)(ii).

2  SO STIPULATED:                           MELINDA HAAG
                                            United States Attorney
3
   DATED: 10/24/12                                    /s/
4                                           _____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6  DATED: 10/24/12                                    /s/
                                            _____
7                                           THOMAS J. NOLAN
                                            SHIRA KIEVAL
8                                           Counsel for Mr. Zhang

9

10                                    **ORDER**

11     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance

12 in <u>United States v. Zhang</u>, CR 10-00827 LHK, scheduled for November 7, 2012 is continued to

13 December 5, 2012 at 9:00 a.m.

14     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

15 November 7, 2012 through December 5, 2012.  The Court finds, based on the aforementioned

16 reasons, that the ends of justice served by granting the requested continuance outweigh the best

17 interest of the public and the defendant in a speedy trial.  The failure to grant the requested

18 continuance would deny defense counsel reasonable time necessary for effective preparation,

19 taking into account the exercise of due diligence, and would result in a miscarriage of justice.

20 The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

21 3161(h)(7)(A) and (B)(iv).  The Court also finds due to the complicated nature of the charges,

22 time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

23 SO ORDERED.

*[Handwritten: DENIED. Court cannot find excludable time based on plea negotiations. Defendant should state what effective preparation is necessary.]*

24

25 DATED: 10/25/12                           _/s/ Lucy H. Koh_____
                                            LUCY H. KOH
26                                          United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK                             2