1 | MELINDA HAAG (CSBN 132612)
    United States Attorney
2 |
3 | MIRANDA KANE (CSBN 150630)
    Chief, Criminal Division
4 | SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5 |
6 | 150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5056
7 | FAX: (408) 535-5066
    Susan.Knight@usdoj.gov
8 |
    Attorneys for Plaintiff
9 |
                        UNITED STATES DISTRICT COURT
10 |
                       NORTHERN DISTRICT OF CALIFORNIA
11 |
                              SAN JOSE DIVISION
12 |
13 | UNITED STATES OF AMERICA,        )   No. CR 10-00827 LHK
                                      )
14 |        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING HEARING DATE
15 |        v.                        )   AND EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
16 | ZHIQIANG ZHANG,                  )
         a/k/a Michael Zhang,         )
17 |                                  )   SAN JOSE VENUE
            Defendant.                )
18 | _____  )

19 |

20 |     The undersigned parties respectfully request that the status hearing currently scheduled

21 | for November 7, 2012 be continued to December 5, 2012.  On October 22, 2012, the parties met

22 | to discuss a resolution to the case, and will be participating in a further settlement conference

23 | with the Honorable Ronald M. Whyte on November 21, 2012.  Therefore, the parties request that

24 | the hearing be continued to December 5, 2012.

25 |     In addition, the parties request an exclusion of time under the Speedy Trial Act.  Third-party

26 | SiRF (CSR) only recently provided the defense with access to computer code that the

27 | government claims is the trade secret in this case.  In order to facilitate negotiations, in order to

28 | protect the best interests of the defendant during the plea process and moving forward, and in

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK                               1

order effectively to prepare this case, defense counsel requires additional time to analyze this third-party discovery. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Furthermore, the parties stipulate and agree that an exclusion of time is appropriate because the case is complex due to the nature of the charges. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO STIPULATED:                                    MELINDA HAAG
                                                  United States Attorney

DATED: 10/26/12                                   _____/s/_____
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

DATED: 10/26/12                                   _____/s/_____
                                                  THOMAS J. NOLAN
                                                  SHIRA KIEVAL
                                                  Counsel for Mr. Zhang

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance in <u>United States v. Zhang</u>, CR 10-00827 LHK, scheduled for November 7, 2012 is continued to December 5, 2012 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from November 7, 2012 through December 5, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court also finds due to the complicated nature of the charges,

//

1  time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
2  SO ORDERED.
3
4  DATED: 10/29/12
   *Lucy H. Koh*
5  LUCY H. KOH
   United States District Judge