1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

DECLARATION OF THOMAS J. NOLAN

I, Thomas J. Nolan, declare:

1.    I am an attorney admitted to practice law in the State of California

2.    I am a senior partner at the law firm Nolan, Armstrong & Barton, LLP, in Palo Alto, California, where I exclusively practice criminal defense.

3.    I have had a private practice for over 42 years and am a Certified Criminal Defense Specialist with the State Bar of California.

4.    I am an adjunct Lecturer at Stanford University, School of Law, where I have taught Advanced Criminal Practice for over 20 years.

5.    Since the late 1980s, I have defended individuals accused of theft of trade secrets in both state and federal court, up through and including jury trial.

6.    The first theft of a trade secret case that I tried before a jury was in 1993. The trial lasted four and a half months, after four years of litigation. The purported intellectual property belonged to Intel Corporation. My client was acquitted.

7.    My most recent jury trial involving theft of trade secrets was in 2011 in the Northern District of California, San Jose Branch. The trial was the first jury trial involving charges that the theft of the trade secrets was done to benefit a foreign government. My client was acquitted of some charges and the jury could not reach a verdict on other charges. The government ultimately dismissed those charges.

8.    In 2012, I gave a speech to members of the Chinese American Biopharmaceutical Association regarding theft of trade secret prosecutions. This is an American organization of Chinese owned or operated biopharmaceutical companies.

9.    To prepare for the speech, I employed my associate, Jenny Brandt, to survey PACER for the dockets of prosecutions for Economic Espionage Act violations across the United States, from the passage of the Economic Espionage Act in 1996 to the present date.

10.   Ms. Brandt visited the PACER websites for the 94 United States District Courts.

DECL. OF THOMAS J. NOLAN

1

11.     On each PACER website for each District Court, Ms. Brandt searched the criminal case reports for violations of 18 U.S.C section 1831 [Economic Espionage] and 1832 [theft of trade secret].

12.     Ms. Brandt viewed the dockets for each case in each district that involved a prosecution for either section 1831 or 1832 or both.  She viewed pertinent documents, if available, including the complaint or indictment, sentencing memoranda and judgments.

13.     She then documented in the chart attached hereto as Exhibit A, the name of the defendant, the name of the alleged victim, the charges alleged, the country the alleged intellectual property was taken to, facts underlying the indictment or complaint, and the disposition of the case, if available.

14.     She also performed google news searches to obtain information about cases that do not have accessible documents on PACER due to their age.

15.     This research was not intended for publication nor has it necessarily been conducted to the standards necessary for it to be relied upon for an academic journal.  [minor errors may be present.]

16.     After the chart was prepared, Ms. Brandt and I reviewed it to evaluate any notable facts or patterns.  We gleaned the following facts:

    a.   In many cases (48%), the government's allegations of trade secret theft related to conduct within the United States.  In other cases, the government alleged that the defendants planned to take or did take the trade secrets to benefit companies in countries all over the world including China (25%), India (2 cases), Germany (1 case), Israel (2 cases), Australia (2 cases), Japan (3 cases), Italy (1 case), South Africa (1 case), Iran (1 case), Taiwan (1 case), S. Korea (1 case) and the Czech Republic (1 case).  In two cases, the information was published the world wide web.  Two cases involved no allegation of taking the information to benefit another company.  In ten cases, no information about the country where the trade secret was purportedly taken was available.

**DECL. OF THOMAS J. NOLAN**

2

b.  Sentences for 102 defendants were available.  The sentences ranged from probation with no jail time to 188 months.

c.  The average sentence of those who were incarcerated is 31 months.  Note, this does not take into account the length of a sentence imposed as home confinement.

d.  The average sentence where the allegation involved use of the intellectual property in China was 42 months.

e.  The allegations involved not only theft of trade secrets and/or economic espionage but also computer fraud, obstruction of justice, false statements to the FBI, dissuading a witness and perjury.

17.     The chart was last updated in July 2012 and does not reflect any prosecutions since that date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

This declaration was executed in Palo Alto, California  on March 15, 2013.



Thomas J. Nolan

DECL. OF THOMAS J. NOLAN

3

DRAFT July 9, 2012

| # | Case name | Case number | Year | Jurisdiction | Charges | Disposition | Corporation victim | Country Exported to | Notes re conduct |
|---|---|---|---|---|---|---|---|---|---|
| 1 | David Yen Lee | 09-cr-00290 | 2009 | Northern District of Ill | Theft of trade secrets | Pled guilty to theft of trade secret; sentenced to 15 months prison; 100k fine and 30k restitution | Valspar Corporation (manufactures and sells paint coating products) | China | Worked at paint company then accepted employment with another paint company in China. Allegedly downloaded technical documents and materials and transferred to thumb drive |
| 2 | John Keller Norris; Matthew Knox Norris | 07-CR-02913 | 2007 | Southern District of CA | Conspiracy to steal secrets | John Norris pled guilty sentenced to probation; Matthew Knox Norris-Dismissed; | Imperial Group | US | Supposedly took confidential bidding information that the Imperial Group submitted to the US GSA re a proposal to build a facility for ICE. Allegedly physically broke into Imperial's office and stole the bid book. |
| 3 | Michael E. Laude | 06-CR-02147 | 2006 | Southern District of CA | Theft of trade secrets | Pled; 3 years probation | Qualcomm | Nokia US | Supposedly took 400K+ files containing source code with the intent to convert it for competitor Nokia |
| 4 | Benjamin Munoz III | 06-CR-00831 | 2006 | Southern District of CA | Theft of Trade Secrets | Pled guilty; 6 months in prison | TB Penick and Son, Inc. | Progressive Concrete Inc. US | While working for a competitor accessed former employer's server and printed draft bid on project for use by new employee |
| 5 | David B. Kern | 99-CR-0015 | 1999 | Eastern District of CA | Theft of trade secrets | Pled guilty; Sentenced to 12 months 1 day in | Varuab Associates Inc. | Radiological Associate | Supposedly took detailed instructions on how to maintain, repair, and |

DRAFT July 9, 2012

| | | | | | | prison | | s<br>US | calibrate radiation therapy machines |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Brian Murphy | 11-CR-00029 | 2011 | Northern District of CA | Possession of stolen trade secrets | Pled guilty; sentenced to 3 years probation; 40K restitution | KLA Tencor Corporation | Inspecstar US | Created his own company to compete with KT Certified.  Downloaded approximately 8800 files including equality checklists, service and maintenance procedures, vendor scorecards, customer lists, customer service information and expense and pricing information.  Then used a deletion program to delete his user activity. |
| 7 | David Russell Foley; Michael Daddona | 09-CR-00670 | 2009 | Northern District of CA | Conspiracy to commit mail fraud and wire fraud; trafficking counterfeit goods; theft of trade secrets; mail fraud; wire fraud; conspiracy to commit money laundering, money laundering; bank fraud; | Still pending | Global VR | US company | Supposedly took the delivery mechanism that enables games to be played on Global Vr's system. |
| 8 | Robert Scott West | 08-CR-00709 | 2008 | Northern District of CA | Possession of stolen trade secret | Pled guilty; 3 years probation | Phillips Lumileds Lighting | Bridgelux, Inc. US | Took employment with competitor then took architecture and product |

DRAFT July 9, 2012

| | | | | | | | Company | | specifications for one of their LED products |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Man Wang | 06-CR-00484 | 2006 | Northern District of CA | Possession of stolen trade secrets; foreign transportation of stolen property | Pled guilty; 6 months in prison concurrent on each count | Kilopass Inc. | Aurora Semiconductor Inc.; China | Founded a company that would compete with developing a memory chip similar to the one developed by Kilopass; took a method for reducing the number of configuration bits associated with the logic element of a field programmable gate array |
| 10 | Trieu Lam; Tranh Tran | 04-CR-20198 | 2004 | Northern District of CA | Making false statements to an agency of the US; conspiracy to possess trade secrets; alteration of stolen trade secrets; possession of stolen trade secrets | 2 years probation for making false statements; everything else dismissed | C&D Semiconductor Services Inc. | More Technology Services Inc. (San Jose) US | Told FBI agent he had never visited a company named More Technology Services.  Supposedly took information from C&D to produce and sell re-engineered and refurbished semiconductor equipment, called track systems, that apply photosensitive film to silicon wafers. |
| 11 | Brent Alan Woodard | 03-CR-20066 | 2003 | Northern District of CA | Theft of trade secrets x2 | Pled guilty; 24 months in prison | Lightwave Microsystems Inc. | Competitor in Bloomfield, Connecticut US | Took the company's back up tape and offered to sell them to a competitor |
| 12 | Yu Xiang Dong aka Mike Yu | 09-cr-20304 | 2009 | Eastern District of Michigan | Attempted theft of trade secrets; theft | Pled guilty to theft of trade secrets (2 | Ford | China | Worked at Ford as an engineer. Looked for new employment in China. |

DRAFT July 9, 2012

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | of trade secrets; unauthorized access to protected computer | counts). Sentenced to 70 months of prison. |  |  | Copied Ford design specification and took with him to China. Lied about why he was in China to employer. First told FBI he was not interviewing in China when he was. Worked for company in China then quit and went back to Ford. |
| 13 | Nabil Ramssiss | 02-CR-20083 | 2002 | Northern District of CA | Intentionally causing damage to a computer; unauthorized access to a computer and recklessly causing damage; attempted possession of a stolen trade secret | Trade secret counts dismissed; pled guilty to intentionally causing damage to a computer and sentenced to 40 months in custody | DVA Systems corporation | none | Intentionally disabled Cisco routers after he was terminated causing the network to fail. |
| 14 | Say Lye Ow | 00-CR-20110 | 2000 | Northern District of CA | Copying a trade secret; theft of trade secrets and computer fraud | Pled guilty; 24 months in prison on copying a trade secret; other counts dismissed | Intel | Sun Microsystems US | Copied computer files relating to design and testing and planned to use it at new employment at Sun Microsystems |
| 15 | Mehdi Matt Rashidi | 05-CR-00744 | 2005 | Northern District of CA | Theft of trade secret | Pled guilty; Probation 4 years; home confinement 10 months | BioGenez Laboratories | Lab Vision Corporation (fremont CA) US | Took engineering notes re design and specifications of a product of BioGenez and planned to use as new employment with competitor. |

DRAFT July 9, 2012

| 16 | Nicholas Daddona | 01-CR-00122 | 2001 | District of Connecticut | Theft of trade secret; computer fraud | Pled guilty; 5 months home confinement | Fabricated Metal Products, Inc. | Eyelet Toolmakers Inc US | Took engineering plans and delivered them to Eyelet, FMP's competitor |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Brian Halvorsen; | 02-CR-00002; | 2002 | District of Connecticut | Theft of trade secrets | Pled guilty; probation | Pitney Bowse | US | Tried to sell two hard drives containing the source code for Direct Connect Software to a competitor |
| 18 | Douglas Sprenger | 02-CR-0087 | 2002 | District of Connecticut | Theft of trade secrets | Pled guilty; 6 months in prison | Pitney Bowse | US | Tried to sell two hard drives containing the source code for Direct Connect Software to a competitor |
| 19 | Kevin Smith | 02-CR-00163 | 2002 | District of Connecticut | Theft of trade secrets | Pled guilty; 5 years probation | | unknown | |
| 20 | Edward Grande | 07-CR-00019 | 2007 | District of Connecticut | Theft of trade secrets | Pled guilty pre indictment for 5 years probation | Duracell | unknown | Electronically computed and downloaded research regarding AA batteries; emailed the information to his home email address. Sent information to competitor. |
| 21 | Joseph P. Petrolino; Eric Siversen | 01-CR-06291 | 2001 | Southern District of Florida | Conspiracy to steal trade secret; Theft of trade secrets; | Petrolino: 1st trial: Hung jury; 2nd Trial: Found G on 1 count, hung on second count;  2 years probation<br><br>Siverson: pled guilty and sentenced to 12 months and 1 day in prison | First Union Securities Financial Network Inc. | n/a | Accessed a computer CD that had financial information of First Union Securities customers.  Offered to sell the information to an undercover agent. |

DRAFT July 9, 2012

| 22 | Donato Pompa; Anthony Norelli; Richard Patrick Tmminia | 02-CR-14014 | 2002 | Southern District of Florida | Theft of trade secrets; interference with commerce; wire fraud | Pompa: Pled guilty to Theft of trade secrets- sentenced to 5 months in prison. Interference with commerce; wire fraud counts dismissed<br><br>Norelli: pled guilty to tax charges and arson—5 years in prison | Chemplex Industries Inc. | Premier Lab Supply, Inc. US | Allegedly started a company using a production machine stolen from Chemplex and took $100k+ in business form Chemplex. Norelli supposedly hired someone to torch the building of Chemplex. |
| 23 | Hong Meng | 10-CR-00056 | 2010 | District of Delaware | Theft of trade secret<br><br>*although not charged with false statement to FBI, alleged he made false statement to FBI in plea agreement memo | Pled guilty before indictment; sentenced to 14 months in prison. | EI DuPont de Nemours Corporation | China | Supposedly took a chemical process. While employed with DuPont and without their permission he took a job as a professor at PKU. He emailed a protected chemical process to his PKU email. He mailed samples of chemical compounds to colleague at Northwestern and instructed him to forward the materials to his office at PKU. 8 of the samples were trade secret compounds not publicly disclosed.<br><br>Met with FBI and denied |

DRAFT July 9, 2012

| | | | | | | | | | that he sent sample compounds to colleagues at Northwestern with instructions to ship them to China. This was false. |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Kevin Crow | 10-CR-00013 | 2010 | Georgia Middle District | Theft of trade secrets | Pled guilty pre indictment; sentenced to 36 months in prison | Turbine Engine Components technology | Precision Components International Columbus, Georgia US | Supposedly took customer prints, models and data, drawings of power tooling files, process books, pricing and costs from his employer to use in connection with new employment with competitor |
| 25 | Mohammad Rezi Alavi | 07-CR-00429 | 2007 | District of Arizona | Transportation of stolen goods; computer fraud; illegal export; theft of trade secret | Found guilty by jury of transportation of stolen goods; fraud related activity with computer; hung jury on other counts and other charges dismissed after jury trial; sentenced to 15 months of prison | Palo Verde Nuclear Generating Station | Iran | accessed 3 KeyMaster software as part of his employment. Quit. Then tried to travel to Iran. While he was there, someone in Iran accessed the same software. |

DRAFT July 9, 2012

| 26 | Jeffrey Burstein;<br><br>Magdiel Castro<br><br>Marcos Cavalcante<br><br>William Clinton<br><br>Jeffrey Richman | 06-CR-00072 | | Eastern District of Arkansas | Theft of trade secrets<br><br>Tampering with a witness<br><br>Computer fraud<br><br>Theft of trade secrets<br><br>Tampering with a witness | Burstein: Pled guilty; Sentenced to 24 months probation<br><br>Castro: 24 months probation<br><br>Cavalcante: 24 months probation<br><br>Clinton: 36 months probation<br><br>Richman: 60 months probation | Acxiom | Snipermail.com NZ company doing business in US | Hacking incident where Scott Levine, a owner of Snipermail.com Inc, supposedly hacked into acxiom and stole confidential information about its customers. These Ds pled guilty to testify against Levine |
| 27 | Mark Jacobson | 07-CR-00568 | 2007 | Northern District of CA –San Francisco | Conspiracy to misappropriate trade secrets | Pled guilty; pending sentencing | Korn/Ferry | US | Before quitting downloaded executive reports from the searcher database; related to the david nosal case |
| 28 | Zhiqiang Zhang; Xiaodong Lan; Yanmin Li | 10-CR-00827 | 2010 | Northern District of CA | Conspiracy; possession of stolen trade secrets | Pending | SiRF | China | Simultaneously worked for his own company; supposedly took computer source code for program belonging to SiRf |
| 29 | Suibin Zhang | 05-CR-00812 | 2005 | Northern District of | Computer fraud; theft of | Found guilty by judge of some | Marvell Semiconduct | Broadcom | Supposedly took trade secrets belonging to |

| | | | | CA | trade secrets; | counts and not guilty of others | or Inc.; Netgear | US | marvell with him to his new job at Broadcom |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Yu Qin and Shanshan Du | 2010-CR-40454 | 2010 | Eastern District of Michigan | Possession of trade secrets; wire fraud; obstruction of justice | Still pending | General Motors | China | Qin worked for controlled power company designing electrical power equipment and systems. His wife, Du, worked for GM. Qin and Du started their own company relating to power electronics. Qin joined venture companies that developed motor control technologies for hybrid vehicles in China. Allegedly, Du obtained GM trade secrets relating to motor control of hybrid vehicles. Supposedly, Du copied thousands of GM documents to an external drive after she was offered a severance package by GM.  She then told GM she returned all their information. They then drove to a dumpster behind a grocery store and discarded plastic bags of shredded documents responsive to grand jury subpoenas. |
| 31 | Dongfan "greg" Chung | 08-CR-00024 | 2008 | Central District of CA | Conspiracy to commit Economic Espionage; | Bench Trial. Found guilty on all counts except one count of | Boeing | China | PRC sent Chung requests for info relating to US Space Shuttle and military and civilian |

DRAFT July 9, 2012

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acting as agent of gov't without prior notification to attorney general; obstruction of justice; false statement to FBI | obstruction of justice. Sentenced to 188 months prison. | | | aircraft and helicopters. Chung supposedly took documents without authorization that were trade secrets to his home. Then he traveled to PRC and gave lectures and met with officials/gov't agents of PRC involving Rockwell/Boeing technology.  Witness tampering for telling his son that the FBI would be interviewing him and that he should say he did not remember anything about a meeting in Beijing.  The defense responded in its trial brief that the son really did not remember the event because it was 21 years before and he was a teenager at the time; so telling him to say he didn't remember something that he did not in fact remember was not an attempt to dissuade him from talking with the FBI. False statements to FBI when he said he reported to his employer's security office, the Boeing Security Office, all of his travels to the PRC when he had no reported his |

DRAFT July 9, 2012

| | | | | | | | | | travels.  The defense says in its trial brief that the boss actually said he did not remember telling the defendant if he could bring documents home, but that many did even though they were not supposed to.  Obstruction of justice for attempting to mutilate and conceal business records  False statements to FBI when he said he traveled to the PRC in 1985 and 2000 when in fact he traveled there 1985, 2001, 2002 and 2003.  False statements to FBI when he said that his boss told him he could work on Boeing projects at home.  Alleges that he never had that permission. |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Fei Ye and Ming Zhong | 02-cr-20145 | 2002 | Northern District of CA | Economic Espionage; theft of trade secrets | Pled guilty to economic espionage. Sentenced to 1 year in jail. | NEC Electronics; Sun Microsystems; Transmeta; Trident Microsystems | China | Allegedly trying to sell the idea of a start up to boost China's chipmaking abilities.  Allegedly stole chip designs and attempted to smuggle them back to their country.  Supposedly sought VC funding from Chinese government. |

DRAFT July 9, 2012

| 33 | Allen W. Cotten | 08-CR-0042 10-CR-00812 | 2008 2010 | Eastern District of CA | Theft of trade secrets; | Pled pre-indictment; sentenced to 24 months | Genesis Microwave Incorporated | India, Taiwan, Australia, Israel | Stole designs, specs, mechanical parts and hardware for testing of equipment used in microwaves. He supposedly sold this to other companies and foreign governments/instrumentalities. |
| 34 | Lan Lee Yuefei Ge | 06-CR-00424 | 2006 | Northern District of CA | Theft of trade secrets; conspiracy to steal trade secrets; economic espionage | Acquitted; dismissed | NetLogic; Taiwan Semiconductor Manufacturing Company | China | Started their own company and supposedly used stolen trade secrets from company where they worked to advance business interests of their own company; had documents indicating they would |
| 35 | Aleynikov | 10-CR-96 | 2010 | New York | Theft of trade secrets; scheme to defraud; fraud activity connected with computers | Found guilty by jury; sentenced to 97 months in prison | Goldman Sachs | US | Copied source code to financial program then deleted history of his copying source code. |
| 36 | Joya Williams | 06-CR-00313 | 2006 | Georgia (Atlanta) | Theft of trade secrets | Found guilty by jury; sentenced to 96 months in prison | Coca Cola | US | Copied trade secret documents and products and sold them to third party for money (actually undercover agent) |
| 37 | Gary Min aka Yonggang | 06-121 | 2006 | Delaware | Theft of Trade Secrets | Pled Guilty; sentenced to 18 months prison | Du Pont | US | Took a new job at Victrex, a competitor of Du Pont, and accessed |

| | Min | | | | | | | | confidential documents. FBI found his computer with an erasing program in the process of erasing the entire drive as well as shredded DuPont documents and ashes of documents in his fireplace. |
|---|---|---|---|---|---|---|---|---|---|
| 38 | Patrick and Daniel Worthing | 97-9 | 1997 | Western District of PA | Theft of Trade Secrets; Conspiracy to possess and deliver trade secrets | Pled guilty sentenced to 15 months is jail; Daniel pled guilty sentenced to 60 months probation/6 months home confinement | PPG Industries, Inc. | US | Sting operation after he contacted company's rival via letter; he collected diskettes, blueprints, other confidential research |
| 39 | Kai-Lo Hsu | 97-CR-323 | 1997 | Eastern District of PA | Attempted theft of trade secrets; conspiracy to steal trade secrets | Hsu pled guilty to conspiracy to commit trade secret theft; sentenced to CTS. Charges against Ho were dropped | Bristol-Meyers | China | Hsu was a technical director for a Taiwanese Company; Chester Ho was a biochemist/professor at a Taiwan university (also arrested); Hsu and Jessica Chou allegedly agreed to pay $400k for a new process to create an anti-cancer drug. |
| 40 | Pin Yen Yang Hwei Chen Sally Yang | 97-CR-288 | 1997 | Northern District of Ohio | Wire fraud; conspiracy to steal trade secrets; money laundering; receipt of stolen goods | Found guilty by jury; Pin sentenced to six months of home confinement and $250k fine; Sally Yang was find 5K and | Avery | China | Yang was president of Four Pillars Enterprise Company, LTD of Taiwan; his daughter Hwei Chen Yang was a corporate officer and involved with research and development. |

DRAFT July 9, 2012

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | sentenced to a year probation | | | Allegedly, an Avery researcher in the US, Ten Hong Lee, gave Four Pillars highly sensitive and valuable proprietary manufacturing information and research data and was reportedly paid $150,000 |
| 41 | Steven L. Davis | 97-00124 | 1997 | Tennessee | Theft of trade secrets; wire fraud | Pled guilty; sentenced to 27 months imprisonment; | Wright Industries and Gillette | US | Sent highly confidential engineering drawings to Gillette's competitors. |
| 42 | Mayra Justine Trujillo-Cohen | 97-251S | 1997 | Southern District of Texas | Theft of trade secrets | Pled guilty; 48 months imprisonment; $337K restitution | Deloitte & Touche | US | Took proprietary software program, deleted Deloitte's name, and then sold it to a third-party company. |
| 43 | Carroll Lee Campbell; Susan Campbell | 98-CR-059 | 1998 | Northern District of Georgia | Conspiracy to steal trade secrets | Mr. Campbell pled guilty and was sentenced to 3 months prison, 4 months home monitoring; charges dismissed against Mrs. Campbell | Gwinette Daily Post | US | Offered to sell marketing plans and subscription lists to rival paper for $150k |
| 44 | Huang Dao Pei | 98-CR-4090 | 1998 | New Jersey | | | Roche | China | Supposedly took Hepatitis C monitoring kit |
| 45 | David Krumrei | 98-8943; 98-00300 | 1998 | Hawaii | Theft of trade secret | Pled guilty and sentenced to 2 years | Wilsonart | Australia | Obtained access to Wilsonart's trade secret technology and offered to give it to a competitor in Australia in exchange for employment. |

| 46 | Caryn L. Camp; Stephen R. Martin | 98-48-P | 1998 | Maine | 15 counts; wire fraud, mail fraud, conspiracy to steal trade secrets, conspiracy to transport stolen goods. | Camp pled guilty for 3 years probation. Martin was found guilty by a jury on 8 of 15 counts and sentenced to 366 days in prison | Idexx Laboratories | US | Camp sent Martin secretes about Ivexx to start a competing company including prices and test kits |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Hanjuan Jin | 08-CR-00192 | 2008 | Northern District of ILL | Theft of Trade Secret; Economic Espionage. | Found guilty in court trial of 3 counts of theft of trade secrets; acquitted of 3 counts of economic espionage/theft for the benefit of a foreign country; sentencing pending | Motorola | China | Took a new job at a company in China when she previously worked for a company in the US. Allegedly downloaded a bunch of documents from employer to take to new employment. |
| 48 | Steven Hallsted and Brian Pringle | 4:98M37 | 1998 | Eastern District of Texas | Conspiracy to steal trade secrets | Hallstead Pled guilty and sentenced to 77 in prison; Pringle pled and was sentenced to 60 months in prison | Intel and Cyrix | US | Sold stolen prototype computer from Intel to undercover agent |
| 49 | John Fulton | 98-059 | 1998 | Western District of Pennsylvania | Theft of trade secrets | Pled guilty to theft of trade secrets; 12 months home detention | Joy Mining Machinery Inc. | US | Attempted to buy proprietary schematic designs from another employee |
| 50 | David | 98-2000- | 1998 | Kansas | Theft of | Pled guilty; | Preco | US | |

DRAFT July 9, 2012

| | Sindelar | 70-01 | | | international trade secrets | sentenced to 5 years probation | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51 | David B. Kern | 99 CR 15 | 1999 | Eastern District of CA | Theft of trade secrets | Pled guilty; sentenced to 1 year prison | Varian Medical Systems, Inc. | US | Copied files from laptop left out by a service technician for use by competitor |
| 52 | Robin Carl Tampoe | 99-158 | 1999 | Southern District of Texas | Attempted theft of trade secrets; theft of trade secrets | Pled guilty; 15 months in prison | IBM | US | Employee of IBM |
| 53 | Eun Joong Kim | 99-CR-481 | 1999 | Northern District of ILL | Computer fraud; theft of trade secrets | Pled guilty; sentenced to 180 days | 3COM | US | Allegedly took source code from 3COM when he accepted a new job at a 3COM rival |
| 54 | Matthew R. Lange | 99-CR-00174 | 1999 | Eastern District of Wisconsin | Theft of trade secrets; wire fraud; copyright infringement | Convicted by jury trial, sentenced to 30 months | Replacement Aircraft Part Co. Inc. | US | Tried to sell engineering drawings to a RAPCO competitor |
| 55 | Jack Shearer Tejas | 99-CR-433 | 1999 | Northern District of Texas | Theft of trade secrets | Pled guilty; 54 months in prison $7.6 million in restitution | Caterpillar, Inc.; Solar Turbines, Inc. | US | Used information stolen from Caterpillar Inc. to build his own company ; took drawings, plans, schematics, specifications |
| 56 | Costello | 99-623 | 1999 | Southern District of Texas | Theft of trade secrets | Pled guilty; three years probation | Fina | US | Oil/gas logs manufactured by Fina D supposedly took |
| 57 | Corgnati | 99-6268 | 1999 | Southern District of Florida | Theft of trade secrets | Pled guilty; 5 years probation | Motorola | US | Theft of information relating to 2 way radios |
| 58 | Yuan Li | 12-cr-00034 | | District of NJ | Theft of trade secret; | Pled guilty sentenced to 18 months in prison | Sanofi-Aventis Global Healthcare Pharmaceuti | China | Was a medical chemist. Was a 50% partner in Abby Pharmatech which was a company that sold and distributed chemical |

DRAFT July 9, 2012

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | cals | | compounds to be used in the pharmaceutical industry; the company was a US Subsidiary of a company in China. Allegedly downloaded info about Sanofi Compounds and then made the info available to Abby Pharamtech. |
| 59 | Mark Everheart | 00-56 | 2000 | Western District of PA | Theft of trade secrets | Pled guilty; 1 year probation | Werner Ladder | US | Stole sales and pricing data |
| 60 | Mikahel Chang and Daniel Park | 00-20203 | 2000 | Northern District of CA | Theft of trade secret; | Chang pled guilty to theft of trade secrets; sentenced to 12 months 1 day;  Park pled guilty to copyright infringement for 2 years probation | Semi-Supply Inc. | unknown | Chang admitted buying trade secret information from Park, who admitted accessing a FoxPro database program to access stolen trade secret information |
| 61 | Jolene Neat Rector and Steven Snyder | | 2001 | M.D. Florida | Conspiracy to convey trade secrets; conveying trade secrets | Pled guilty. Rector sentenced to 14 months; Snyder sentenced to 10 months | R.P. Scherer | Nelson Paint Ball Inc. US | Obtained proprietary documents and data from RP Scherer including gel formulas, fill formulas, sheer weights, and experimental production order data. Tried to sell the information to Nelson Paint Ball Inc. |
| 62 | Peter Morch | 01-Cr-00100 | 2001 | Northern District of | Exceeding authorized | Pre-indictment plea; probation | Cisco | Calix Networks | Resigned from Cisco and allegedly burned onto |

| | | | | California | access to a protected computer | | | US | CDs proprietary documents. Then worked at competitor of Cisco. |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Fausto Estrada | 01-CR-00616 | 2001 | Southern District of New York | Theft of trade secrets; mail fraud; interstate transportation of stolen property | Pled guilty; sentenced to 12 months prison | MasterCard | Visa US | Tried to sell stolen MasterCard secrets to Visa |
| 64 | Kurtis Kenneth Cullen and Bruce Zak | 01-CR-00023 | 2001 | Western District of Kentucky | Conspiracy to steal trade secrets; attempted theft of trade secrets; wire fraud | Pled guilty but then successfully withdrew plea and case was dismissed | ZirMed.com | unknown | Offered to pay $10K for source code belonging to ZirMed.com |
| 65 | Junsheng Wang and Bell Imaging Technology Corp | 01-CR-20065 | 2001 | Northern District of CA | Theft of trade secrets | Pled guilty; died before sentenced | Acuson Corporation | Company based in China | Admitted he accessed Acuson trade secret materials through his wife who brought them home with her. He copied documents and took them to a business trip in China. |
| 66 | Hai Lin, Kai Xu, Yong-Qing Cheng | 01-CR-00365 | 2001 | District of New Jersey | Theft of trade secrets; conspiracy to commit wire fraud | Dismissal | Lucent | China | Two of the three men were Lucent scientists who started their own company in China that was funded by their business partner in China who they sent Lucent information to |
| 67 | Takashi Okamoto, | 01-CR-00210 | 2001 | Northern District of Ohio | Theft of trade secrets; economic | Possibly never extradited from Japan; | Lerner Research Institute of | Japan | Okamato accepted employment at a Japanese quasi public corporation |

DRAFT July 9, 2012

| | | | | | espionage/theft of trade secret to benefit foreign government | | Cleveland Clinic Foundation | | as a neuroscience researcher.  Supposedly misappropriate DNA and cell line reagents destroyed and sabotaged DNA and cell line reagents. |
|---|---|---|---|---|---|---|---|---|---|
| 68 | Wen Chyu Liu aka David W. Liou | 05-CR-00085 | 2005 | Middle District of Louisiana | Conspiracy to steal trade secret; perjury | Found guilty of all counts by jury. Sentenced to 60 months in prison; fined $25k | Dow | China | Created his own company and intended to create chemical engineering design packages for companies in the US and PRC.<br><br>Allegation of perjury for testimony in deposition.  He stated that he did not in any way assist someone named Mr. Stoecker in arranging for his travel to China.  He stated he did not assist or arrange for accommodations or for the travel to be paid for.He stated that to his knowledge, his wife did not arrange for payment of the travel expenses and that he was unaware if she did this.  He said he did not know if the man used Gateway Travel to take a trip to China and he did not know how Mr. Stoecker would have paid for a trip to China. He |

DRAFT July 9, 2012

| | | | | | | | | | stated he did not know whether the man went to China.  The prosecution alleged this testimony was perjury because he had arranged for Stoecker to travel to PRC including arranging for the cost of the airline tickets to be paid to USA Gateway Travel with a check drawn by his wife's coworker, and he arranged to reimburse the wife's coworker. |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Xingkun Wu | 05-CR-06027 | 2005 | Western District of New York | Theft of trade secrets | Possibly never arrested | Corning Incorporated | China | Supposedly took a presentation, document, technical design drawings, and file |
| 70 | Tse Thow Sun | 02-CR-00106 | 2002 | Northern District of CA | Theft of Trade Secrets; interstate transportation of stolen property | Pled guilty; unknown sentence | Online interpreters | US/Lang uage Line Services US | Tried to sell proprietary information to competitor of company he worked for |
| 71 | Jeffrey A. Forgues | 02-CR-40011 | 2002 | Massachuset ts | Attempting to buy trade secret information | Pled guilty; sentenced to 2 months | Alpha Gary Corp. | unknown | Tried to buy chemical ingredients of Alpha Gary products |
| 72 | Jeffrey W. Dorn | 02-CR-20040 | 2002 | District of Kansas | Theft of trade secret | Pled guilty; sentenced to 2 years probation | Spencer Reed Group | US | Took information re matching employees with employers from temp agency and used the information to place |

DRAFT July 9, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | someone with a company for which he was paid |
| 73 | Jiangyu Zhu; Kayoko Kimbara | 05-CR-10153 | 2005 | Massachusetts | Interstate transportation of stolen property | dismissed | Harvard Medical School | Japan | Sent genes to a biochemical company in Japan and sent antibodies to University of Texas where Zhu accepted a new job |
| 74 | John Berenson Morris | 02-CR-01834 | 2002 | Delaware | Attempting to steal and transmit trade secret information | Pled Guilty; sentenced to probation and community service | Brookwood Companies | US/W.L. Gore & Associates, Inc. | Supposedly attempted to sell Brookwood's proprietary pricing information to its competitor |
| 75 | Igor Serebryany | 03-CR-0042 | 2003 | Theft of trade secrets | Theft of trade secrets | Pled guilty; 5 years probation | DirecTV | DSShackers.com – world wide web | Stole access card from law office and distributed it including internal design notes |
| 76 | William P. Genovese | 05-CR-00004 | 2005 | Southern District of New York | Theft of Trade secrets | Pled guilty; stenced to 24 months in prison | Microsoft | World wide web | Published source code to Microsoft operating systems to internet |
| 77 | Qinggi Zeng | 08-075 | 2008 | Southern District of Texas | Theft of trade secrets; computer fraud | Pled guilty; sentenced to 12 months and 1 day imprisonment | International Paint, LLC | US company but ties to China | Started his own company called Epochem Technologies and supposedly took the formula for a fireproof coating |
| 78 | Kexue Huang | 11-CR-00163  10-CR-00102 | 2011  2010 | Southern District of Indiana | Economic espionage; transportation of stolen property | Pled guilty to theft of a trade secret; Sentenced to 87 months in prison  Pled guilty to economic espionage sentenced to 82 | Dow AgroSciences; Cargill Inc. | China Germany | Supposedly took biological materials to Chinese University to benefit the Chinese government |

DRAFT July 9, 2012

| | | | | | months | | | |
|---|---|---|---|---|---|---|---|---|
| 79 | Hiroaki Serizawa | 01-CR-00210; 02-CR-00156 | 2001 2002 | Northern District of Ohio | Conspiracy; Economic Espionage; interstate transportation of stolen property; False statements to the government | Pled guilty to false statements to the government; sentenced to 3 years probation | Lerner Research Institute of Cleveland Clinic Foundation | Japan | Admitted to giving the FBI false information about his relationship with Okamoto, someone also accused ot theft of trade secrets.  Denied knowing that Okamoto took a position with a Japanese sponsored research facility. |
| 80 | David Nosal | 08-CR-0237 | 2008 | Northern District of CA | Northern District of CA; Conspiracy to possess/transmit trade secrets; unauthorized access to computer; mail fraud aiding and abetting; conspiracy to commit mail fraud | Still pending | Korn/Ferry (executive search firm) | US | After he quit, he started a competing business with employees at Korn Ferry. Those employees transferred source lists, names and contact information from a company database. |
| 81 | Atul Malhotra | 08-CR-0423 | 2008 | Northern District of CA | Theft of Trade Secrets | Pled pre indictment; sentenced to 5 months | IBM | HP US | Gave a trade secret document to HP |
| 82 | Biswamohan Pani | 08-CR-40034 | 2008 | Massachusetts | Theft and attempted theft of trade secrets; wire | Pled guilty; Sentencing pending | Intel | Advanced Micro Devices Inc. | Pani was offered a job at AMD; quit intel and lied about why he was quitting. Worked |

DRAFT July 9, 2012

| | | | | | fraud | | | US | simultaneously for intel and AMD. Accessed Intels computer network and downloaded 13 top secret documents to an external hard drive. |
|---|---|---|---|---|---|---|---|---|---|
| 83 | Clark Alan Roberts; | 08-CR-175 | 2008 | Eastern District of Tennessee | Theft and attempted theft of trade secretes; wire fraud | Found guilty by jury. Roberts sentenced to 4 years probation | Goodyear | US company but for business in China | Took unauthorized photographs of goodyear roll over ply down device to manufacture a similar device for a competitor |
| 84 | Chunlai Yang | 11-CR-00458 | 2011 | Northern District of ILL | Theft of trade secrets | Still pending | CNE Group (trading company) | China | Downloaded files then transferred them to his USB flash drive then to his home computer. Started his own company in China |
| 85 | Larry Satchell | 04-mj-01067 | 2004 | Central District of California | Conspiracy to possess/conceal trade secrets; obstruction of justice | Dismissed | Lockheed Martin | Boeing US | |
| 86 | Yihao Pu | 11-CR-00699 | 2011 | Northern District of Illinois | Theft of trade secrets; computer fraud | Pending | Citadel LLC | China | Downloaded source code on his personal computer then downloaded files including trading strategy and infrastructure source code to a personal storage device |
| 87 | Unnamed | 05-CR-00187 | 2005 | Northern District of Illinois | Theft of trade secrets | Acquitted and expunged | Unknown because of expungement | Unknown because of expungement | Unknown because of expungement |

DRAFT July 9, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 88 | Terry Gunderson | 02-CR-00055 | 2002 | Northern District of Iowa | Theft of trade secrets | Pre-indictment plea; Sentenced to 27 months in prison | Siemens | US competitor | Admitted he stole trade secret information related to engineering and bidding and tried to sell it to a competitor |
| 89 | Prabhu Mohapatra | 11-CR-00132 | 2011 | District of Utah | Theft of trade secrets; wire fraud and attempt; computer related fraud | Pled guilty to unlawful access to a protected computer; Sentencing pending. | Frontier Scientific Inc. (affiliated with Echelon Biosciences Inc.) | India | Worked at FSI. Started discussing opening a new company in India for production and marketing of chemical compounds. Allegedly copied chemical compound information and sent to his new business partner |
| 90 | Shawn Childs | 03-CR-10131 | 2003 | Kansas | Computer fraud; theft of trade secrets; conveying trade secrets; wire fraud | Pled guilty to computer fraud; 1 year probation | Precision Pattern Inc. | unknown | |
| 91 | Randall Mulhollen | 10-CR-00013 | 2010 | Western District of Kentucky | Theft of trade secrets | Pled guilty; Sentenced 12 months and 1 day | Swedish Match North America | Good Times US | Supposedly took "starter" tobacco |
| 92 | Matthew W. Bittenbender | 08-CR-00005 | 2008 | District of Maryland | Conspiracy to defraud the US; Conspiracy to commit wire fraud; conspiracy to steal trade secrets | Pled guilty; sentenced to Probation | United States defense energy support center (dep't of defense) | Czech Republic | Supposedly accessed confidential bid information and gave the information to someone making a bid on a project |
| 93 | Troy Matthew Ulmer | 05-CR-00203 | 2005 | Western District of Michigan | Attempted theft of trade secrets | Pre-indictment guilty plea; sentenced to 1 | J. Rettenmaier USA LP | Unknown | Contacted his company's competitor and offered to sell proprietary |

DRAFT July 9, 2012

| | | | | | | year probation | | | information of the company |
|---|---|---|---|---|---|---|---|---|---|
| 94 | Eric Helrigel | 02-CR-00666 | 2002 | Eastern District of New York | Theft of trade secret | Pled guilty; sentenced to 2 years probation | | unknown | |
| 95 | James Alarcon | 07-CR-00454 | 2007 | Eastern District of New York | Theft of trade secret | Pled guilty pre indictment; sentenced to 3 years probation | Bonholder Communication Group LLC | US | Supposedly stole plans and designs, computer programming codes and passwords to computer network and delivered the information to non employee co conspirators |
| 96 | Robert A. Schetty III | 07-CR-00582 | 2007 | Eastern District of New York | Theft of trade secrets | Pled guilty; sentenced to probation for 1 year | Amkor | US | Supposedly sabotaged a trade secret of a competitor |
| 97 | Shalin Jhaveri | 10-CR-00523 | 2010 | Northern District of New York | Theft of trade secrets | Pled guilty; CTS/probation | Bristol-Meyers | India | Took information then sent information to financer who would help him start a pharmaceutical facility in India. |
| 98 | Timothy Kissane | 02-CR-00626 | 2002 | Southern District of New York | Theft of trade secrets | Pled guilty sentenced to probation | System Management Arts Incorporated | US competitors | Tried to sell source code to his company's competitors |
| 99 | Ira Chilowitz | 07-CR-00080 | 2007 | Southern District of New York | Conspiracy to defraud the US; Scheme to Defraud; Theft of Trade secrets; unauthorized computers | Pleas guilty to 4 counts and is sentenced to probation | Morgan Stanley | US | Accessed confidential documents then emailed them to his personal email address and to coconspirator who wanted to use information to compete with Morgan Stanley |
| 100 | Elliot Doxer | 11-CR-10268 | 2011 | District of Massachuset | Economic espionage; | Pled guilty to economic | Akamai Technologie | Israel | Sold customer list information and |

DRAFT July 9, 2012

| | | | | ts | | espionage; sentenced to 6 months in prison | s | | confidential contract information to who he believed was an Israeli national but was actually an undercover agent. |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Paul Kuruzovich | 09-CR-00824 | 2009 | Southern District of New York | Theft of trade secrets; blackmail | Pled guilty to blackmail for 1 year imprisonment | Guidepoint Global LLC dba Clinical Advisors | US | When fired, sent blackmailing email then accessed database to take client information |
| 102 | Samarth Agrawal | 10-CR-00417 | 2010 | Southern District of New York | Theft of trade secrets; scheme to defraud money | Found guilty by jury; 36 months in prison | Societe Generale | US | Took high frequency trading algorithm |
| 103 | Douglas Sprenger | 04-CR-01236 | 2004 | Southern District of New York | Theft of trade secrets | 6 months supervised release | | | |
| 104 | John O'Neil | 08-CR-00686 | 2008 | Southern District of New York | Theft of trade secrets | 12 months 1 day in prison | Niku | US | Accessed over 1k documents containing trade secrets |
| 105 | Jeffrey Bostic | 11-CR-00218 | 2011 | North Carolina Middle District | Theft of trade secrets | Pre-indictment Plea guilty; 5 years probation; 255k restitution | Armacell | Italian company | D was a chemist responsible for research and development. Agreed to employment at K-Flex USA, Italian company in the US. Downloaded 1800 files from Armacell before resigning. |
| 106 | Jack A. Buffin | 06-CR-00031 | 2006 | Northern District of Ohio | Theft of trade secrets | Pled guilty; 2 years probation | Guyan International dba Permco | South African company | Transmitted via email confidential business information without the authorization of Pemco |
| 107 | Kyung Kim | 08-CR-00139 | 2008 | Northern District of Ohio | Theft of trade secret, conspiracy | Pled guilty; 19 months in prison | Lubrizol | Seoul S. Korea | Took T/s and put on external hard drives |

DRAFT July 9, 2012

| 108 | Xiaorong Wang | 12-CR-00228 | 2012 | Northern District of Ohio | Theft of trade secrets; false statements | Pending | Bridgestone | China | Supposedly downloaded a 6 CDS of proprietary information. Told FBI he had no plans to move abroad but actually they found out he had interviewed in China. |
| 109 | Jing He | 09-CR-00424 | 2009 | Eastern District of PA | Theft of trade secrets | Pled guilty for 24 months in prison | Unnamed | China | Took medical programing information |
| 110 | Tung Pham | 11-CR-00722 | 2011 | Eastern District of PA | Theft of trade secrets; wire fraud | Pending | Company that manufactured solar cells; unnamed | China | D was scientist in the development of past for the manufacture of solar cells.  Went to China to develop a company that would compete with the company that employed him. He allegedly copied a formula he worked on to his home computer; later copied more than 1k documents to his home computer including formulations for products the company sold. |
| 111 | Yan Zhu | 09-CR-00722 | 2009 | District of New Jersey | Theft of trade secrets (x2); Conspiracy to steal trade secrets; wire fraud; theft of trade secrets | Dismissed and acquitted of theft of trade secrets; guilty of wire fraud; Sentenced to three years of probation | Enfo Tech Inc., develops/supports environmental software for government entities | China | Became a project manager to develop a similar project for a company his cousin-in-law started in China.  Wire fraud comes from D emailing his company's design materials to the Chinese company. |
| 112 | Wen- | 12-CR- | 2012 | Southern | Copying, | Pled guilty but | Jet Products | unknown | |

DRAFT July 9, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Long Huang | 00189 | | District of Texas | Duplicating, photographing trade secret | pending sentencing | LLC | | |
| 113 | Janice Kuang Capener; Jun Luo | 12-CR-00027 | 2012 | Northern District of Utah | Theft of trade secrets; attempt and conspiracy to commit mail fraud; fraud by wire | Pending | Orbit Irrigation Products, Inc. | China | Created a company to sell sprinkler/irrigation products in competition with her former employer. Downloaded sales and pricing information the day she was terminated. |
| 114 | Robert M. McKimmey | 07-CR-0079 | 2007 | Eastern District of Virginia | Conspiracy to commit theft of trade secret | 4 months custody | Niku | US | Accessed over 1k documents containing trade secrets |
| 115 | Michael David Mitchell | 09-CR-00425 | 2009 | Eastern District of Virginia | Theft of trade secrets; obstruction of justice | Pled guilty; 18 months in prison | DuPont | Korea | Took a document relating to Kevlar and emailed it to competitor. Began working undercover for the government but without the government's authorization he revealed to the competitor that he had recorded their conversation and wanted $20k or he would turn the tape to the authorities (obstruction of justice charge) |
| 116 | Stephen Marty Ward | 11-CR-02123 | 2011 | Eastern District of Washington | Theft of trade secrets | Pending | Insitu Incorporated | US | Allegedly duplicated/downloaded a manual for a drone then offered to sell it back for $400k after he was terminated |
| 117 | Richard G. Koval | 04-CR-00061 | 2004 | Eastern District of | Theft of trade secret | Pled guilty; sentenced to 2 | SBC Communicat | ATT | Supposedly called ATT and offered to provide |

DRAFT July 9, 2012

| | | | | Wisconsin | | years probation | ion | | trade secret information |
|---|---|---|---|---|---|---|---|---|---|
| 118 | Michael P Conti; Frederick P. Anderson; Richard Degroot; | 05-CR-0151 | 2005 | Eastern District of Wisconsin | Theft of trade secret | Pled; sentenced to 1 year probation and 180 days home confinement; | Dual Temp Wisconsin Inc. | US Company | Conti, Anderson and De Groot planned to leave their company and start a competing company. Allegedly left the office with copies of documents and computer records of proposals, change orders, projects, expenses incurred by the company, Auto CAD drawings, oeprations/maintenance manuals, customer project files including bids, safety information, drawings of systems drawn for customers, emails re proposals, overhead and labor cost analyses |
| 119 | Donald Allen Hawkins | 02-CR-00469 | 2002 | District of Oregon | Theft of trade secrets | Probation | | Unknown | |
| 120 | Shengbao Wu; Thongsouk Soutavong; Hock Chee Khoo; | 09-CR-00321 | 2009 | District of Oregon | Conspiracy to defraud the US; wire fraud; theft of trade secrets | Dismissed | The Hoffman Group | China | Started a competing company and took vendor and customer lists, images, technical information, sales data, and sales information. Dismissed because government changed what was the alleged trade secret when it filed a bill of particulars and that had never been brought to the grand jury. |

DRAFT July 9, 2012

| 121 | Sixing Steve Liu | 11-cr-00208 | 2011 | District of NJ | Exporting defense articles; transporting stolen goods; 3 counts of false statements to law enforcement. | Still pending | Worked for L-3 Communications Division of Space and Navigation | China | Gave speech at a conference in China about his work and was looking for other employment (in the U.S.). False statements to law enforcement: stated his trip to China was to visit family when he was there to deliver presentations about technology.  Agents pointed out an access card he had to a conference. He replied that it was a small and informal conference.  US Attorney alleges that it was a formal, international gathering.  [Second Superseding Indictment 19-20].  Falsely states that he did not know what the final application would be for his work when he knew it was for military application |
| 122 | Tze Chao, Walter Liew, Christina Lew, Hou Shengdong, Robert Maegerle | CR-11-573 | 2011 | Northern District of CA | Conspiracy to Commit Economic Espionage; Conspiracy to Commit theft of Trade Secrets; Attempted Economic | Still pending | DuPont | China | Walter Liew and Christina Liew denied knowledge of bank safe deposit box keys found in their home when they knew that they had a safe deposit box to which one of the keys corresponded.<br><br>Conspiracy to tamper |

DRAFT July 9, 2012

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Espionage; Attempted Theft of Trade Secrets; Possession of Trade Secrets; Conveying Trade Secrets; Aiding and Abetting; Conspiracy to Tamper with Witness and Evidence; Witness Tampering; False Statements; | | | | with witness allegation is that Walter Liew filed an answer in the corresponding civil suit stating that defendants never misappropriated any information from DuPont.<br><br>Witness tampering: Walter Liew told his former employee not to say anything about former DuPont Employees because it would be bad for the former employee's family.<br><br>Witness tampering: Christina Liew met with a former employee about the civil litigation and told him not to reveal former DuPont employees who worked with their new company. |