UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CRIMINAL MINUTES

**Court Proceedings:** Sentencing Hearing, Wednesday, January 29, 2014
**Case Number:** CR 10-00827-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown          Time in Court: 44 minutes
**Court Reporter:** Lee-Anne Shortridge

**TITLE:    UNITED STATES OF AMERICA v. ZHIQIANG ZHANG**

  Attorneys Present:     Susan Knight for United States of America
                         Thomas Nolan/Shira Keval for Zhiqiang Zhang

PROCEEDINGS:

     Hearing held.  Counsel are present.  Defendant is present out of custody. Probation Officer Insa Bel'Occhi is present for Probation Officer Aylin Raya.
     Sentencing:  Defendant is placed on Probation for a period of five years. Counts 1 and 2 of the original Indictment pertaining to this defendant are disissed on motion of the Government. The defendant is ordered to pay a special assessment in the amount of $100 which shall be due immediately.   The Court imposed a fine of $20,000.  See Judgment for specifics.
     Court is adjourned.