Shira Kieval (SBN: 269409)
Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Zhiqiang Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ZHIQIANG ZHANG,<br><br>            Defendant. | No. CR 10-00827 LHK<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXONERATING BOND**<br><br>Before the Honorable Lucy H. Koh |

The parties, by and through counsel, hereby STIPULATE as follows:

On November 16, 2010, defendant Zhiqiang (Michael) Zhang made an initial appearance in this case in front of the Honorable Magistrate Judge Patricia V. Trumbull.  Bond was set in the amount of $500,000, to be secured by $100,000 in home equity.  Thereafter, Mr. Zhang did record a short form deed of trust and assignment of rents to the U.S. District Court, Northern District of California, naming Mr. Richard W. Wieking, Clerk of the Court, as trustee.

On April 17, 2013, Mr. Zhang entered a guilty plea to Count 1 of the superseding felony information.  On January 29, 2014, Mr. Zhang was sentenced.  All other counts in this case have been dismissed.

**STIPULATION AND [PROPOSED] ORDER**
*United States v. Zhiqiang Zhang*, **CR 10-00827 LHK**

1

There is no reason known to the parties why the bond in this case should not be exonerated at this time. The parties hereby request that the Court exonerate the bond in this case.

SO STIPULATED:

          NOLAN, ARMSTRONG & BARTON, LLP

Dated: February 3, 2014

/s
_____
Shira Kieval
Thomas J. Nolan
Attorney for Defendant
Zhiqiang Zhang

MELINDA HAAG
United States Attorney

Dated: February 3, 2014

/s
_____
Susan Knight
Assistant United States Attorney

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the appearance bond is hereby exonerated.

SO ORDERED.

Dated: 2/4/14

*Lucy H. Koh* (signature)
_____
LUCY H. KOH
United States District Judge

**STIPULATION AND [PROPOSED] ORDER**
*United States v. Zhiqiang Zhang*, **CR 10-00827 LHK**