1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  **CASE NO. CR 10-0827 LHK** |
| Plaintiff, | )  [PROPOSED] **PRELIMINAY ORDER OF** |
| v. | )  **FORFEITURE** |
| ZHIQIANG ZHANG, | ) |
| a/k/a Michael Zhang, | ) |
| Defendant. | ) |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on April 08, 2013, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Dell laptop computer, model number PP25L, serial number 3N84VF1;

b. Dell Power Edge SC430 Server, serial number GQ13Y91;

c. 2GB Thumb Drive;

d. 512M Thumb Drive; and

e. Compact disc labeled "Kingsway Tek",

pursuant to Title 18, United States Code, Section 1834.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Zhiqiang Zhang was sentenced on January 29, 2014.  As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on February 04, 2014.

IT IS SO ORDERED this ___5th___ day of _____April_____ 2014.



_____
LUCY H. KOH
United States District Judge