UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZHIQIANG ZHANG,<br>    a/k/a Michael Zhang,<br><br>    Defendant. | CASE NO. CR 10-0827 LHK<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On April 05, 2014, the court entered a Preliminary Order of Forfeiture forfeiting the following property, Dell laptop computer, model number PP25L, serial number 3N84VF1; Dell Power Edge SC430 Server, serial number GQ13Y91; 2GB Thumb Drive; 512M Thumb Drive, and Compact disc labeled "Kingsway Tek", pursuant to Title 18, United States Code, Section 1834.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 1834. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:   7/7/14

                                                                                   _____<br>
LUCY H. KOH<br>
United States District Judge