07/16/2014 06:19 PM EDT                                                                                                                         Version 7.1    Page  1    of  1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN510CR000827;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN510CR000827    **Case Title**  US V Zhiqiang Zhang

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY17462 | ZHIQIANG ZHANG | PACCT11553 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | PTY17462 | ZHIQIANG ZHANG | PACCT11553 | VICTIM RESTITUTION | | 75,000.00 | 75,000.00 | 0.00 |
| 001 | PTY17462 | ZHIQIANG ZHANG | PACCT11553 | FINE-CRIME VICTIMS FUND | | 20,000.00 | 20,000.00 | 0.00 |
| | | | | | | 95,100.00 | 95,100.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| PTY17539 | CSR/SiRF | 75,000.00 | 75,000.00 | 0.00 |
| | | 75,000.00 | 75,000.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 54611014484 | | 01/29/2014 | 01/29/2014 | PR | 100.00 | ZHIQIANG ZHANG | | O | 04 | 504100 |
| DCAN510CR000827-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CK DCAN510CR000827 | | 03/13/2014 | 03/06/2014 | PR | 75,000.00 | ZHIQIANG ZHANG | | O | 99 | 6855XX |
| DCAN510CR000827-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| PK DCAN510CR000827 | | 03/13/2014 | 03/06/2014 | PR | 75,000.00 | CSR/SiRF | | O | 99 | 6855XX |
| DCAN510CR000827-001 | 2 | VICTIM RESTITUTION | | | | 1 | | | | |
| CT 34611095171 | | 04/10/2014 | 04/10/2014 | PR | 20,000.00 | ZHIQIANG ZHANG | | O | 04 | 504100 |
| DCAN510CR000827-001 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |
| PK | Payment Authorization - CCA Conversion |

---

**FINE PAID IN FULL**

Defendant: ZHIQIANG ZHANG      Date: 4/10/2014
Fine $  20,000.00               Interest $